USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/11/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

N.S. ET AL,

       **Plaintiff,**

-against-

NYC DEP'T OF EDUCATION, ET AL ,

       **Defendants.**

**18-cv-11786 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

 The parties should submit a joint status report by June 24, 2020.

**SO ORDERED.**

Dated: June 11, 2020
    New York, New York

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**