UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.S., *on behalf of himself and his minor child, K.S.*,

            Plaintiff,

  -against-

NYC DEPARTMENT OF EDUCATION, et al.

           Defendants.



18-CV-11786 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Due to a conflict on the Court's calendar, the status conference scheduled for September 17, 2020, at 10:00 a.m. is ADJOURNED to **September 21, 2020, at 11:00 a.m.** The parties shall submit their joint status letter, pursuant to the Court's December 11, 2019 Order (Dkt. No. 22), no later than **September 14, 2020**.

Dated:  New York, New York
         August 19, 2020

                                  **SO ORDERED**.

                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**