

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.S., *on behalf of himself and his minor child, K.S.*,

        Plaintiff,

-against-

NYC DEPARTMENT OF EDUCATION, et al.

        Defendants.

18-CV-11786 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The deadline to complete fact depositions having expired on September 30, 2021, and the deadline to complete the remainder of fact discovery set for November 30, 2021 (*see* Dkt. No. 41), the Court will conduct a telephonic status conference on **November 2, 2021, at 10:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387#. No later than **October 26, 2021**, the parties shall file a joint status letter updating the Court on the progress of discovery, and advising the Court as to whether they believe a judicially-supervised settlement conference would be productive.

Dated: New York, New York
      October 4, 2021

                               **SO ORDERED**.

                               _____
                               **BARBARA MOSES**
                               **United States Magistrate Judge**