

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.S., on behalf of himself and his minor child, K.S.,

        Plaintiffs,

  -against-

NYC DEPARTMENT OF EDUCATION, et al.,

        Defendants.

18-CV-11786 (ALC) (BCM)

ORDER

**BARBARA MOSES, United States Magistrate Judge.**

    The Court will conduct a follow-up telephonic status conference on **December 2, 2021, at 10:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387#. No later than **November 30, 2021**, the parties shall file a joint letter updating the Court on the status of their settlement discussions. If the parties file settlement papers prior to the December 2 conference, the conference will be adjourned *sine die*.

Dated: New York, New York
       November 2, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**