# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/22/2021__

December 21, 2021

BY ECF
The Honorable Judge Barbara C. Moses
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *N.S. et al., v. New York City Department of Education, et al.,*
18-cv-11786 (ALC) (BCM)

Dear Judge Moses:

I am writing on behalf of both parties.  We are pleased to advise Your Honor that we have executed a Stipulation of Settlement today and have filed it on ECF in the hope that the Court will endorse it.

Given the above, we understood the Your Honor would cancel the conference scheduled for tomorrow, December 22, 2021.  Alternatively, in light of the above, we jointly request that the conference be adjourned *sine die* and will be unnecessary if the Court endorses the stipulation.

Thank you for your consideration of this request and for your patience with the parties in relation to the settlement process.

> Application GRANTED. The conference scheduled for this morning is ADJOURNED *sine die*. SO ORDERED.
>
> /s/ Barbara Moses
> Barbara Moses, U.S.M.J.
> December 22, 2021

Sincerely,

/s/ Elisa Hyman
_____
Elisa Hyman
*Counsel for the Plaintiffs*

cc: Andrew Rauchberg, Esq.